ELIZABETH JOHNSON ET AL., PLAINTIFFS, v. PUBLIC
SERVICE TRANSPORTATION COMPANY, DEFENDANT.

Submitted January term, 1928—Decided June 21, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the plaintiffs, *Samuel L. Hirschberg.*

For the defendant, *Henry H. Fryling.*

PER CURIAM.

The plaintiff Elizabeth Johnson, on September 16th, 1926,
was a passenger in an automobile bus operated by the defend-
ant company. The bus collided with a Ford automobile pro-
ceeding in the same direction. The bus ran into the rear of
an automobile truck parked on the right side of the street, as
a result of which the plaintiff Elizabeth Johnson was injured.

The trial resulted in a verdict for the defendant. The
plaintiff obtained a rule to show cause why the verdict should
not be set aside, on the ground that the verdict is against the
great weight of the evidence. Our examination of the case
leads us to the conclusion that the rule to show cause should
be made absolute, on the ground that the verdict is against the
weight of the evidence.